UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CLAUDE HOLLAND,

                           Petitioner,

-against-

WILLIAM BROWN, Superintendent,
Eastern Correctional Facility,

                           Respondent.
---------------------------------------------------------X

JUDGMENT
08 CV 1260 (JG)(SMG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 10 2008 ★
BROOKLYN OFFICE

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having filed on September 5, 2008, denying the petition and denying a certificate of appealibility, finding that the petitioner has failed to make a substantial showing that he was denied a constitutional right; it is,

    ORDERED and ADJUDGED that the petitioner take nothing of the respondent; that the petition is denied; and that a certificate of appealability will not issue.

Dated: Brooklyn, New York
         September 9, 2008

                                           s/Robert C. Heinemann
                                           ROBERT C. HEINEMANN
                                           Clerk of Court